**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Eugenio Islava**<br>YOB: 1987; Mexican Citizen | **DOCKET NO.** |
| | **MAGISTRATE'S CASE NO.**   26-01734MJ |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(A)(ii)(II)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 18, 2026 at or near Nogales, in the District of Arizona, **Eugenio Islava**, did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 18, 2026, at approximately 9:45 a.m., Eugenio ISLAVA, entered the United States through the vehicle lanes of the Mariposa Port of Entry in Nogales, Arizona. ISLAVA was the driver, sole occupant, and registered owner of a 2009 GMC Acadia bearing an Arizona license plate. During initial inspection, ISLAVA gave a negative declaration. The Customs and Border Protection (CBP) Officer referred ISLAVA for further inspection.

A CBP canine, trained to detect the odor of certain narcotics, alerted to the presence of an odor coming from the vehicle. The CBP officers discovered 8 packages concealed in both the driver's side and passenger's side rocker panels. All the packages contained a white powdery substance and weighed a total of 6.76 kilograms. A sample size was field-tested and yielded positive results for cocaine.

After waiving his *Miranda* rights, ISLAVA stated he was the owner of the vehicle and that he was the only one who drove or operated the vehicle. ISLAVA also, though, stated that he had loaned it to a male friend in Nogales. ISLAVA said he was instructed by his male friend to take the vehicle to Walmart in Nogales where another male individual would recover the vehicle. ISLAVA added that he believed he was smuggling marijuana but was unaware of the actual narcotic type. ISLAVA initially stated that this was his first time, and he was not supposed to be paid any money. ISLAVA later admitted to having smuggled unknown narcotics three to four times previously for his male friend. ISLAVA said that he was paid $500 USD for each trip he made with a loaded vehicle. ISLAVA stated he would take a shuttle to Tucson while the narcotics are being offloaded, and somebody would recover his vehicle at the Ueta parking lot once completed. ISLAVA stated that he used the same vehicle every time and admitted to purchasing the vehicle from his male friend.

(continuation on the next page)

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>KEITH J GRIJALVA JR — Digitally signed by KEITH J GRIJALVA JR<br>Date: 2026.03.19 11:33:38 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Keith Grijalva<br>Homeland Security Investigations |

**Sworn to telephonically.**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 19, 2026 |
|---|---|

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Price

(BASIS OF COMPLAINT CONTINUED)                                    26-01734MJ

